UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED IN CLERKS OFFICE
2015 OCT 16 PM 3 02
U.S. DISTRICT COURT
DISTRICT OF MASS.

BARBARA NEWMAN,

Plaintiff,

v.

METROPOLITAN LIFE INSURANCE COMPANY, et al.,

Defendants.

Civ. Action No. 12-cv-10078

## NOTICE OF APPEAL

Notice is hereby given that Barbara Newman, the Plaintiff in the above-named matter, hereby appeals to the United States District Court of Appeals For the First Circuit from the Judgment dated 9/16/15, entered in this action on 9/16/15, Doc. 170; from the Memorandum and Order dated 3/18/13, entered in this action on 3/18/13, Doc. 57; from the ECF (Electronic Case Files) Order dated 3/05/14, entered in this action on 3/05/14, Doc. 98; from the ECF (Electronic Case Files) Order dated 3/05/14, entered in this action on 03/05/14, Doc. 99; From the Memorandum and Order dated 1/21/15, entered in this action on 1/21/15, Doc 137; from the Memorandum and Order dated 9/16/15, entered in this action on 9/16/15, Doc. 169.

**Defendants** ("Neuberger Berman Defendants" – Neuberger Berman, LLC, Neuberger Berman, Inc., Neuberger Berman Group, LLC, Neuberger Berman Management, Inc., Neuberger Berman Management LLC, Neuberger Berman Holdings, LLC, Lehman Brothers Holdings Inc, (collectively the "LBHI Defendants,")
Metropolitan Life Insurance Company ("MetLife")
Lehman Brothers Holdings Inc. Group Benefits Plan ("Lehman Benefits Plan") – Lehman Brothers Short Term Disability Plan; Lehman Brothers Long Term Disability Plan; Lehman Brothers Supplemental Insurance – Contributory LTD Plan; Lehman Brothers Group Life Insurance Plan – Basic Life Continued Protection
Individual Defendants – (represented) Andrew Komaroff, George Walker, Joseph V. Amato, William J. Fox, Carol Rado, Karen Covielo, Wendy Uvino, James W. Giddens
Individual Defendants – (without counsel) – Richard S. Fuld, Jr., Ian Lowitt, Thomas Russo, Scott Freidheim, Erin Callan.

Respectfully submitted,

Barbara Newman

Date: October 16, 2015

Barbara Newman
Pro Se
P.O. Box 171108
Boston, MA 02117

## CERTIFICATE OF SERVICE

I, Barbara Newman hereby certify I hand delivered to the Court **NOTICE OF APPEAL** and served a copy of the same, via certified mail c/o Lead Attorney for Defendants and to Defendants directly if unrepresented. Recipients and addresses as follows:

Date: October 16, 2015

By:

Barbara Newman

Barbara Newman, Pro Se

Counsel for LEHMAN BROTHERS HOLDINGS
AND NEUBERGER BERMAN DEFENDANTS

Christopher P. Litterio:
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109
(617)570-3528
cpl@riw.com

David W. Robinson
Ruberto, Israel & Weiner, P.C.
255 State Street, 7th Floor
Boston, MA 02109
(617)570-3562
dwr@riw.com

Counsel for METROPOLITAN LIFE INSURANCE COMPANY
AND LEHMAN BROTHERS HOLDINGS, INC. GROUP BENEFITS PLAN

William D. Pandolph,
Sulloway & Hollis, P.L.L.C.
9 Capitol Street
Concord, NH 03302
(603) 224-2341
e-mail: wpandolph@sulloway.com

Beth G. Catenza
Sulloway & Hollis, P.L.L.C.
9 Capital Street
Concord, NH 03302

Counsel for the Trustee, James W Giddens

Sarah Loomis Cave
Hughes, Hubbard & Reed, LLP
One Battery Park Plaza
New York, NY 10004-1482
212-837-6559
cave@hugheshubbard.com

David B. Madoff
Madoff & Khoury LLP
124 Washington Street
Suite 202
Foxboro, MA 02035
508-543-0020
madoff@mandkllp.com

INDIVIDUAL DEFENDANTS (unrepresented)

1. Richard S. Fuld
71 Mayfair Lane
Greenwich, CT 06831
Phone – (203)-629-9082
Mobile (516) 857-3039

2. Erin S. Callan
6192 Henderson Road
Sanibel, Florida 33957

3. Ian Lowitt
1175 York Avenue, #15D
New York, NY 10065
(212) 832-5005

4. Scott Freidheim
3333 Beverly Road
Hoffman Estates, IL 60169
847-286-2500

Scott Freidheim,
Chief Executive Officer
CDI Corporation
1717 Arch Street, 35th Floor
Philadelphia, PA 19103
215-569-2200

5. Thomas A. Russo
1170 5th Avenue, #12B
New York, NY 10029
732-747-7488 (mobile)
(732) 566-2617 – mobile
home- 212-410-3171

Thomas A. Russo
85 Ridge Road
Rumson, NJ 07760
(732) 747-7488

6. Andrew Komaroff
1155 Park Avenue, #8SE
New York, NY 10128
212-595-0004

7. Wendy M. Uvino
50 East 89th Street
New York, NY 10128
(212) 987-3717 (mobile)

(alternate address)
154 Swamp Road
East Hampton, NY 11937

Avrum J. Rosen
The Law Offices of Avrum J. Rosen, PLLC
38 New Street
Huntington, New York 11743
Telephone: (631) 423-8527
Facsimile: (631) 423-4536
Attorneys for Wendy Uvino

8. Carol Rado
2400 Johnson Avenue, #9E
Bronx, NY 10463
(212) 779-9609

9. Karen Coviello
12 Justice Lane
Matawan, NJ 07747
(732) 583-7232

10. Joseph V. Amato
19 Franklin Street, #21
Danbury, CT 06810
203-792-7336

Joseph V. Amato
218 Stoney Branch Road
Seaford, DE 19973
302-629-7631

11. William J. Fox
11 Priscilla Lane
Englewood, Cliffs, NJ 07632
(301) 662-6174

William J. Fox
9403 Boulder Road
Frederick, MD 21702
(301) 662-6174

12. James W. Giddens
6 Old Tree Farm Road
Stockbridge, MA 01262
(413)-298-3418